IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE ETHICS COMMISSION,

    Plaintiff,

v.                                                    No. 1:25-cv-01032-DHU-LF

ALISHA TAFOYA LUCERO, in her official
capacity as the Secretary of New Mexico
Corrections Department,

    Defendant.

## NOTICE OF EXTENSION

Pursuant to D.N.M.LR-Civ. 7.4, Defendant, Alisha Tafoya Lucero, respectfully submits this notice that the parties have agreed to extend the deadline for Defendant's Response to Plaintiff State Ethics Commission's Motion to Remand (Doc. 8), and that the new deadline shall be November 18, 2025.

                                              Respectfully submitted,

                                              **JACKSON LOMAN DOWNEY & STEVENS-BLOCK, PC**

                                              By: /s/ *Eric Loman*
                                                    Eric Loman
                                              201 Third Street, NW, Suite 1500
                                              Albuquerque, New Mexico 87102
                                              Telephone: (505) 767-0577
                                              Email: eric@jacksonlomanlaw.com
                                              *Attorney for Defendant*

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 13th day of November, 2025, I filed the foregoing electronically through the Court's electronic filing system (CM/ECF), which caused all counsel of record to be served by electronic means. I further certify that the foregoing was emailed to the following:

  Jeremy Farris
  Conner Woods
  New Mexico State Ethics Commission
  800 Bradbury Drive, SE, Suite 215
  Albuquerque, New Mexico 87106
  Telephone: (505) 827-7800
  Email: jeremy.farris@sec.nm.gov
  Email: connor.woods@sec.nm.gov


By: /s/ *Eric Loman*
   Eric Loman

2