IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**STATE ETHICS COMMISSION**

      **Plaintiff,**

v.   1:25-cv-1032 DHU/LF

**ALISHA TAFOYA LUCERO, in her
official capacity as the secretary of the
New Mexico Corrections Department,**

      **Defendant.**

## UNOPPOSED MOTION TO STAY INITIAL SCHEDULING ORDER

Defendant, by and through her counsel, respectfully moves the Court to stay this case as follows:

1. This case was removed from State Court on October 17, 2025. See (Doc. 1)

2. The Court entered its Initial Scheduling Order on October 20, 2025. See (Doc. 4)

3. Plaintiff moved the Court to remand this case to State Court on October 31, 2025. See (Doc. 8). Briefing on the motion to remand is not complete.

4. The parties have conferred and agree the deadlines and hearings set in the Initial Scheduling Order should be stayed until the motion to remand is resolved by the Court.[1]

5. Plaintiff concurs in this Motion.

**WHEREFORE** Defendant respectfully requests the Court vacate the deadlines set in the Initial Scheduling Order and the Rule 16 Scheduling Conference and stay other proceedings in this case until the motion to remand is resolved.

---

[1] The Initial Scheduling Order set a Rule 16 Scheduling Conference for December 1, 2025. That hearing should be vacated.

Respectfully submitted,

**JACKSON LOMAN DOWNEY & STEVENS-BLOCK, P.C.**

By: /s/ *Eric Loman*
Eric Loman
Counsel for Defendant
201 Third St. NW, Ste. 1500
Albuquerque, NM 87102
(505) 767-0577
Eric@JacksonLomanLaw.com

I certify the foregoing was filed via the Court's CM/ECD system on November 13, 2025, which causes all counsel of record to be served electronically.

By: /s/ Eric Loman
      Eric Loman