IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE ETHICS COMMISSION,<br><br>  Plaintiff,<br><br>v.<br><br>ALISHA TAFOYA LUCERO, in her official capacity as the Secretary of the New Mexico Corrections Department,<br><br>  Defendant. | No. 1:25-cv-01032 |

**PLAINTIFF STATE ETHICS COMMISSION'S**
**<u>NOTICE OF COMPLETION OF BRIEFING</u>**

  Plaintiff State Ethics Commission, pursuant to D.N.M.LR-Civ. 7.4(e), submits this Notice of Completion of Briefing on its Motion for Remand. Briefing for this motion consists of:

1. Plaintiff State Ethics Commission's Motion for Remand, filed October 31, 2025 (Doc. 8);

2. Defendant Tafoya Lucero's Response, filed November 18, 2025 (Doc. 13); and

3. Plaintiff's Reply in Support of its Motion for Remand, filed December 1, 2025 (Doc. 14).

Briefing on the above-referenced motion is now complete and is ready for decision.

                Respectfully submitted: December 1, 2025

                By: <u>/s/ *Jeremy Farris*     </u>
                Jeremy Farris
                Connor Woods
                NEW MEXICO STATE ETHICS
                COMMISSION
                800 Bradbury Dr. SE, Suite 215
                Albuquerque, NM 87106
                (505) 827 7800
                jeremy.farris@sec.nm.gov
                connor.woods@sec.nm.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2025, I filed and served a true and correct copy of the foregoing on all counsel of record via filing with the CM/ECF filing system.

I further certify that on December 1, 2025, a true and correct copy of the foregoing was emailed to the following counsel of record:

Eric Loman
JACKSON LOMAN STANFORD
DOWNEY & STEVENS-BLOCK, P.C.
201 3rd St. NW
Albuquerque, NM 87102
(505) 767 0577
eric@jacksonlomanlaw.com

*Counsel for the Defendant*

By: /s/ *Jeremy Farris*
Jeremy Farris
NEW MEXICO STATE ETHICS
COMMISSION
800 Bradbury Dr. SE, Suite 215
Albuquerque, NM 87106
(505) 827-7800
jeremy.farris@sec.nm.gov