IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE ETHICS COMMISSION,<br><br>　　Plaintiff,<br><br>v.<br><br>ALISHA TAFOYA LUCERO, in her official capacity as the Secretary of the New Mexico Corrections Department,<br><br>　　Defendant. | No. 1:25-cv-01032 |

**JOINT MOTION FOR CONTINUANCE OF FEBRUARY 17, 2026
HEARING ON MOTION TO REMAND**

　　The Plaintiff New Mexico State Ethics Commission, jointly with Defendant Tafoya Lucero, respectfully move for a continuance of the Court's February 17, 2026 hearing on Plaintiff's motion to remand until on or after March 16, 2026. Good cause supports this motion, and in its support the parties state as follows:

　　1.　　On October 31, 2025, Plaintiff State Ethics Commission moved to remand the above-captioned matter to the New Mexico First Judicial District Court.

　　2.　　On November 18, 2025, Defendant Tafoya Lucero responded in opposition.

　　3.　　On December 1, 2025, Plaintiff State Ethics Commission replied in support of its motion for remand.

　　4.　　On February 6, 2026, the Court set a hearing on the motion to remand for February 17, 2026 at 10:00 AM.

　　5.　　Counsel for Plaintiff State Ethics Commission anticipates participating in a two-day or three-day jury trial in Raton, New Mexico, beginning on February 16, 2026, in the matter of *State Ethics Commission v. Carristo Creative Consulting LLC, et al.*, (8th N.M. Jud. Dist. Ct.)

1

6.	Counsel for Defendant Tafoya Lucero anticipates participating in a jury trial beginning February 23, 2026, followed by an arbitration proceeding in a separate matter beginning on March 2, 2026, and then followed by a prior commitment beginning March 12, 2026.

7.	Having conferred in good faith, counsel for the parties are available for a hearing on the Plaintiff's motion to remand on or after March 16, 2026.

For the above reasons, the parties respectfully and jointly request the Court to continue the Court's February 17, 2026 hearing until on or after March 16, 2026.

Respectfully submitted: February 11, 2026

FOR PLAINTIFF NEW MEXICO STATE ETHICS COMMISSION

By: /s/ *DRAFT*
Jeremy Farris
Connor Woods
NEW MEXICO STATE ETHICS COMMISSION
800 Bradbury Dr. SE, Suite 215
Albuquerque, NM 87106
(505) 827 7800
jeremy.farris@sec.nm.gov
connor.woods@sec.nm.gov

FOR DEFENDANT TAFOYA LUCERO

By: /s/ *DRAFT*
Eric Loman
JACKSON LOMAN STANFORD DOWNEY & STEVENS-BLOCK, P.C.
201 3rd St. NW
Albuquerque, NM 87102
(505) 767 0577
eric@jacksonlomanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2026, I filed and served a true and correct copy of the foregoing on all counsel of record via filing with the CM/ECF filing system.

I further certify that on February 11, 2026, a true and correct copy of the foregoing was emailed to the following counsel of record:

Eric Loman
JACKSON LOMAN STANFORD DOWNEY & STEVENS-BLOCK, P.C.
201 3rd St. NW
Albuquerque, NM 87102
(505) 767 0577
eric@jacksonlomanlaw.com

*Counsel for the Defendant*

                                              By: /s/ *Jeremy Farris*
Jeremy Farris
NEW MEXICO STATE ETHICS COMMISSION
800 Bradbury Dr. SE, Suite 215
Albuquerque, NM 87106
(505) 827-7800
jeremy.farris@sec.nm.gov