# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE ETHICS COMMISSION,

     Plaintiff,

v.                                           No. 1:25-cv-01032-DHU-LF

ALISHA TAFOYA LUCERO, in her official
capacity as the Secretary of the New Mexico
Corrections Department,

     Defendant.

## ORDER TO REMAND

THIS MATTER is before the Court on Plaintiff's Motion to Remand. Doc. 8. The Court finds:

1. The Court lacks subject matter jurisdiction under 28 U.S.C. § 1331 for the reasons stated at the hearing.

2. The Court lacks diversity jurisdiction under 28 U.S.C. § 1332 because Plaintiff and Defendant are both citizens of the State of New Mexico, and there is no indication that there is an amount in controversy that "exceeds the sum or value of $75,000, exclusive of interest and costs" in this case.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Plaintiff's Motion to Remand (Doc. 8) is **WELL-TAKEN** and **GRANTED**.

**IT IS FURTHER ORDERED** that this case will be **REMANDED** to the First Judicial District Court, County of Santa Fe, State of New Mexico.

**IT IS FURTHER ORDERED** that the Clerk of the Court for the United States District Court for the District of New Mexico shall take all necessary steps to ensure that this case is properly remanded to the First Judicial District Court, County of Santa Fe, State of New Mexico.

**IT IS SO ORDERED.**

_____
HONORABLE DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE

2