# United States District Court
## District of New Mexico
### Office of the Clerk
### Pete V. Domenici United States Courthouse

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

Mitchell R. Elfers
Clerk of Court

**Divisional Offices**
106 South Federal Place
Santa Fe, NM 87501
(505) 988-6481
Fax (505) 988-6473

100 North Church Street
Las Cruces, NM 88001
(575) 528-1400
Fax (575) 528-1425


March 27, 2026

Clerk of District Court

First Judicial District Court
P.O. Box 2268
Santa Fe, NM 87504-2268

Re: State Ethics Commission v. Tafoya Lucero; 25-CV-1032-DHU-LF.
Your case number: D-101-CV-25-02343.

Dear Sir or Madam:

Please find enclosed a certified copy of the Order of Remand signed by District Judge David H. Urias, remanding this case back to your court. The **original case file** and a certified copy of the docket sheet are enclosed.

Please acknowledge receipt of these records by returning a **copy of this letter** to this office.

Sincerely,

Mitchell R. Elfers, Clerk of Court

By: /s/
Fernando Solano
Case Administrator

Enclosures
Cc: Counsel of Record/File